UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :      INDICTMENT

         -v.-                      :
                                          S1 06 Cr. 172 (LTS)
RAFAEL SANTAMARIA,                 :
     a/k/a "Chucho,"
FNU LNU,                           :
     a/k/a "Garabato," and
JUAN TAVERAS,                      :
     a/k/a "Mero,"
                                   :
         Defendants.
                                   :
- - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 9 2006
```

COUNT ONE

     The Grand Jury charges:

     1.   In or about July 2004, in the Southern District of
New York and elsewhere, RAFAEL SANTAMARIA, a/k/a "Chucho," FNU
LNU, a/k/a "Garabato," and JUAN TAVERAS, a/k/a "Mero," the
defendants, and others known and unknown, unlawfully, willfully,
and knowingly did combine, conspire, confederate, and agree
together and with each other to commit robbery, as that term is
defined in Title 18, United States Code, Section 1951(b)(1), and
would thereby have obstructed, delayed, and affected commerce and
the movement of articles and commodities in commerce, as that
term is defined in Title 18, United States Code, Section
1951(b)(3), to wit, RAFAEL SANTAMARIA, a/k/a "Chucho," FNU LNU,
a/k/a "Garabato," and JUAN TAVERAS, a/k/a "Mero," the defendants,
and others known and unknown, conspired to commit an armed
robbery of an individual believed to be in possession of

narcotics and narcotics proceeds in Yonkers, New York.

(Title 18, United States Code, Section 1951.)

COUNT TWO

The Grand Jury further charges:

2.    On or about July 18, 2004, in the Southern District of New York, RAFAEL SANTAMARIA, a/k/a "Chucho," FNU LNU, a/k/a "Garabato," and JUAN TAVERAS, a/k/a "Mero," the defendants, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, the robbery conspiracy charged in Count One of this Indictment, used and carried a firearm, and aided and abetted the use and carrying of a firearm, and possessed a firearm, and aided and abetted the possession of a firearm, in furtherance of such crime.

(Title 18, United States Code,
Sections 924(c)(1)(A)(i) and 2.)

COUNT THREE

The Grand Jury further charges:

3.    In or about July 2004, in the Southern District of New York and elsewhere, RAFAEL SANTAMARIA, a/k/a "Chucho," FNU LNU, a/k/a "Garabato," and JUAN TAVERAS, a/k/a "Mero," the defendants, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

4.    It was a part and an object of said conspiracy that RAFAEL SANTAMARIA, a/k/a "Chucho," FNU LNU, a/k/a

2

"Garabato," and JUAN TAVERAS, a/k/a "Mero," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

<u>Overt Act</u>

5.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.    On or about July 18, 2004, RAFAEL SANTAMARIA, a/k/a "Chucho," FNU LNU, a/k/a "Garabato," and JUAN TAVERAS, a/k/a "Mero," the defendants, traveled from the Bronx to Yonkers, New York, to commit the armed robbery of an individual believed to be in possession of approximately 100 kilograms of cocaine and narcotics proceeds.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

**- v. -**

**RAFAEL SANTAMARIA,**
           **a/k/a "Chucho,"**
**FNU LNU,**
      **a/k/a "Garabato", and**
**JUAN TAVERAS,**
      **a/k/a "Mero,"**

                    **Defendants.**

## INDICTMENT

S1 06 Cr. 172 (LTS)

Title 21, United States Code, Section 846
and Title 18, United States Code,
Sections 1951, 924(c) and 2

                    <u>MICHAEL J. GARCIA</u>
                    United States Attorney.

FOREPERSON

March 9, 2006

Filed Superceded Indictment in S1 06 CR 172 (LTS)
A/w issued for Juan Taveras.

                         Freeman, USMS