UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -  x

UNITED STATES OF AMERICA                :

                - v. -                  :       **PRIOR FELONY INFORMATION**

CRUZ MANUEL RAMOS,                      :       S5 06 Cr. 172 (LTS)
    a/k/a "Garabato,"
    a/k/a "Luis,"                       :
    a/k/a "Crucigrama,"
                                        :
                Defendant.
                                        :

- - - - - - - - - - - - - - - - -  x

        The United States Attorney charges:

        On or about December 24, 1996, in Middlesex County

Superior Court, Middlesex, New Jersey, CRUZ MANUEL RAMOS, a/k/a

"Garabato," a/k/a "Luis," a/k/a "Crucigrama," the defendant, was

convicted upon a plea of guilty of possession with intent to

distribute a controlled dangerous substance, a felony, for which

he received a sentence of 5 years' incarceration.  Accordingly,

CRUZ MANUEL RAMOS, a/k/a "Garabato," a/k/a "Luis," a/k/a

"Crucigrama," the defendant, is subject to the enhanced penalties

of Title 21, United States Code, Sections 812, 841(a), and

841(b)(1).

        (Title 21, United States Code, Section 851.)

_____
LEV L. DASSIN
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

CRUZ MANUEL RAMOS,
a/k/a "Garabato,"
a/k/a "Luis,"
a/k/a "Crucigrama,"

Defendant.

---

PRIOR FELONY INFORMATION

S5 06 Cr. 172 (LTS)

(Title 21, United States Code, Section
851.)

LEV L. DASSIN
Acting United States Attorney.

---